| AO-10<br>Rev. 1/94 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1994 | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>Laughrey, Nanette K. | 2. Court or Organization<br>U.S. District Court<br>Western District of Missouri | 3. Date of Report<br>10/23/95 |
|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status; Magistrate judges indicate<br>full- or part-time)<br>U.S. District Judge | 5. Report Type (check appropriate type)<br>___ Nomination, Date 10/20 95<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>January 1, 1994-<br>/ / - / /<br>September 30, 1995 |
| 7. Chambers or Office Address<br>University of Missouri Law School<br>317 Hulston Hall<br>Columbia, MO 65211 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Co-Trustee | Mary Ellen Laughrey Revocable Trust |
| Commissioner | Columbia Housing Authority |
| Professor of Law | University of Missouri-Columbia |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 1995 | University of Missouri Employee Retirement Plan (Employer)(No Control) |
| 1995 | H.B. Legal & Prof. Publishing, Inc.   Agreement to provide Bar Review |
| 1995 | Bar Review of Missouri, Inc.   lectures in 1996. Can and will<br>be terminated upon confirmation. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1. 1994 & 1995 | Labor & Industrial Relations Commission - Chair | $ S |
| 2. 1993 & 1994 | Christopher S. Kelly - Private Law Practice | $ S |
| 3. 1993 & 1994 | ABC Laboratory - Board of Directors | $ S |
| 4. 1993 & 1994 | Missouri General Assembly - State Representative | $ S |
| 5. 1995 | University of Missouri-Columbia | $ 62,074.71 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Laughrey, Nanette K. | Date of Report<br>10 / 23 / 95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Laughrey, Nanette K. | Date of Report<br>10/23/95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions     (Includes those of spouse and dependent children. See pp. 37-54 of instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Income Type | A. Amount/Type Code (A-H) | B. Value Code (J-N) | B. Value Method Code (Q-W) | D. Transactions during reporting period — Type (not exempt from disclosure) | (2) Date Mo-Day-Yr | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 1 Boone County National Bank Columbia, Missouri | Int. | B | M | T | | | | | |
| 2 Boone National Savings & Loan, Columbia, Missouri | Int. | A | J | T | | | | | |
| 3 Series EE U.S. Savings Bonds | Int. | C | J | T | | | | | |
| 4 Riback Supply Co-Savings Certificates, Columbia, MO | Int. | C | K | T | | | | | |
| 5 International City Managers Assn. - Washington, DC | Int | A | J | T | | | | | |
| 6 Equi-Vest Mtl. Fund | None | A | K | T | | | | | |
| 7 Fidelity - Century 21 Mutual Fund | None | A | J | T | | | | | |
| 8 Bar Review of Missouri Common Stock-Columbia, MO | Div. | C | J | W | | | | | |
| 9 University of Missouri Employment Retirement Plan | None | A | L | T | | | | | |
| 10 ABC Laboratory Common Stock, Columbia, MO (S) | None | A | J | W | | | | | |
| 11 Equi-Vest Mtl. Fund (S) | None | A | J | L | | | | | |
| 12 Riback Supply Co-Savings Certificate, Columbia, MO (DC) | Int. | A | J | T | | | | | |
| 13 Rowe-Price Mtl. Fund (S) | None | A | J | T | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

1. Income Gain Codes: A=$1,000 or less, B=$1,001 to $2,500, C=$2,501 to $5,000, D=$5,001 to $15,000 (See Col. B1 & D4) E=$15,001 to 50,000, F=$50,001 to $100,000, G=$100,001 to $1,000,000, H=More than $1,000,000
2. Value Codes: J=$15,000 or less, K=$15,001 to $50,000, L=$50,001 to $100,000, M=$100,001 to $250,000 (See Col. C1 & D3) N=$250,001 to $500,000, O=$500,001 to $1,000,000, P=More than $1,000,000
3. Value Method Codes: Q=Appraisal, R=Cost (real estate only), S=Assessment, T=Cash/Market (See Col. C2) U=Book Value, V=Other, W=Estimated



Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Laughrey, Nanette K. | 10-23-95 |

**VII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

| III. | 6. | 1994 | University of Missouri-Columbia | $74,662.56 |
|---|---|---|---|---|
| | 7. | 1993 | University of Missouri-Columbia | $35,646.64 |
| | 8. | 1993 | Missouri Attorney General | $35,935.57 |
| | 9. | 1995 | H.B. Legal & Prof. Publishing, Inc. | $ 2,000.00 |
| | 10. | 1995 | Bar Review of Missouri, Inc. | $ 920.00 |

**IX. CERTIFICATION.**

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or any minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Nanette K. Laughrey_     Date _10-24-95_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

372

## FINANCIAL STATEMENT

NANETTE K. LAUGHREY

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 9 | 845 | Notes payable to banks—secured | | |
| U.S. Government securities--add schedule | | | Notes payable to banks—unsecured | | |
| Listed securities--add schedule | | | Notes payable to relatives | | |
| Unlisted securities--add schedule | 56 | 860 | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 1 | 000 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable--add schedule | 139 | 143 |
| Real estate owned--add schedule | 195 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts--itemize: | | |
| Autos and other personal property | 60 | 000 | Trinity University | 4 | 000 |
| Cash value—life insurance | | | Mastercard | | 300 |
| Other assets--itemize: | | | Visa | 3 | 000 |
| Certificates of Deposit | 110 | 275 | | | |
| Savings Certificates | 54 | 000 | | | |
| University of Missouri Retirement | 51 | 000 | Total liabilities | 151 | 443 |
| State of Missouri Retirement | 38 | 000 | Net Worth | 423 | 037 |
| Total Assets | 574 | 480 | Total liabilities and net worth | 574 | 480 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | 4 | 000 | | | |
| Other special debt | | | | | |

Digitized by Google

Unlisted Securities

| | |
|---|---:|
| Bar Review of Missouri, Inc. | 25.00 |
| ABC Laboratory, Inc. | 1,500.00 |
| The Equitable - Equivest | 34,500.00 |
| International City Managers Assn. Retirement Trust Fund | 12,435.00 |
| Twentieth Century Mutual Fund | 6,300.00 |
| Rowe-Price Mutual Fund | 2,100.00 |

Real Estate

Residence, 3201 Rodeo Drive, Columbia, MO  65203


Real Estate Mortgage Payable

Residence, 3201 Rodeo Drive, Columbia, MO  65203

Digitized by Google